JASPER, LYNCH & FISHEL, INC., et al., Respondents, *v.* FRIEDA FINGERHOOD et al., Appellants.

Submitted October 18, 1943; decided November 18, 1943.

*Frederick E. Klein* for motion.

*David M. Berger* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.